*Counsel of Record on Following Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK LACROSS and ROBERT LIRA, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KNIGHT TRANSPORTATION, INC., an Arizona Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:14-cv-00774-JGB-JC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint: March 3, 2014<br>Removed: April 18, 2014<br>Trial: April 28, 2015 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

1  JAMES M. TRUSH, Bar No. 140088
   jtrush@earthlink.net
2  TRUSH LAW OFFICE, APC
   695 Town Center Drive, Suite 700
3  Costa Mesa, CA 92626-7187
   T: 714.384.6390 /  F: 714.384.6391
4
5  TODD H. HARRISON, Bar No. 230542
   toddharrison@plblaw.com
6  BRENNAN S. KAHN, Bar No. 259548
   brennankahn@plblaw.com
7  PERONA, LANGER, BECK, SERBIN, MENDOZA
   & HARRISON, APC
8  300 East San Antonio Drive
   Long Beach, California 90807
9  T: 562.426.6155 /  F: 562.490.9823

10 Attorneys for Plaintiffs
   PATRICK LACROSS and ROBERT LIRA on
11 behalf of themselves and all others similarly situated

12 RICHARD H. RAHM, Bar No. 130728
   rrahm@littler.com
13 LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
14 San Francisco, CA  94108.2693
   T: 415.433.1940  /  F: 415.399.8490
15
   JAMES E. HART, Bar No. 194168
16 jhart@littler.com
   THOMAS J. WHITESIDE, Bar No. 259505
17 twhiteside@littler.com
   LITTLER MENDELSON, P.C.
18 2050 Main Street, Suite 900
   Irvine, CA  92614
19 T: 949.705.3000  /  F: 949.724.1201

20 CARLY NESE, Bar No. 265342
   cnese@littler.com
21 LITTLER MENDELSON, P.C.
   2049 Century Park East, 5th Floor
22 Los Angeles, CA  90067.3107
   T: 310.553.0308  /  F: 310.553.5583

23 Attorneys for Defendant
   KNIGHT TRANSPORTATION, INC.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

2.

Plaintiffs, PATRICK LACROSS and ROBERT LIRA ("Plaintiffs"), and Defendant, KNIGHT TRANSPORTATION, INC. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, stipulate and agree as follows:

WHEREAS, the Parties have agreed to resolve the above-captioned action and, based on their agreement (and compliance with that agreement), seek the dismissal of this entire action with prejudice;

NOW, therefore, the Parties stipulate and agree to the dismissal with prejudice of this entire action as to all parties and all claims for relief in Plaintiff's Complaint pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own respective attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: April 3, 2015

/s/ *Brennan S. Kahn*
JAMES M. TRUSH
TRUSH LAW OFFICE, APC
TODD H. HARRISON
BRENNAN S. KAHN
PERONA, LANGER, BECK, SERBIN, MENDOZA & HARRISON, APC
Attorneys for Plaintiffs
PATRICK LACROSS and ROBERT LIRA

Dated: April 3, 2015

/s/ *Thomas J. Whiteside*
RICHARD H. RAHM
JAMES E. HART
THOMAS J. WHITESIDE
CARLY NESE
LITTLER MENDELSON, P.C.
Attorneys for Defendant
KNIGHT TRANSPORTATION, INC.

Firmwide:132711110.1 058898.1022

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

3.